IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

TONY HELDORE,

Defendant.

CASE NO.: 4:22-cr-114

**O R D E R**

This matter is before the Court on Defendant's Unopposed Motion to Remove Condition of Pre-Trial Release. (Doc. 170.) After careful consideration and for good cause shown, the Court **GRANTS** the Motion.

THEREFORE, IT IS HEREBY ORDERED that the Order Setting Conditions of Release, (doc. 69), as to Defendant Tony Heldore is modified as follows. The condition contained in paragraph (7)(b) that the Defendant must continue or actively seek employment is removed as a condition of Defendant's release. All remaining conditions previously ordered and not specifically modified by this order remain in full force and effect.

**SO ORDERED**, this 21st day of July, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA